No. 2,197.—In the Matter of the Application of S. C. HERRON for Writ of Mandate.

Original application for writ of mandate directed to John W. Tattan, judge of the district court of Valley county, commanding said judge to enter petitioner Herron's name as counsel for one Malcolm charged with the crime of murder.

Decided April 24, 1905.

PER CURIAM.—The relator's petition for a writ of mandate herein, set for hearing this day, was, after the introduction of testimony by the relator, argued by counsel for the respective parties, and upon due consideration, the said application is denied and the proceedings are hereby dismissed.

*Messrs. Walsh & Newman,* and *Mr. Henry N. Blake,* for Relator.

*A. J. Galen,* Attorney General, for Respondent.